IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



Jeffrey D. Mann, et al  \*
   Plaintiffs-Appellants  \*
                       \*   Case No. 2:18 cv 1565
     -vs-               \*   Judge George C. Smith
                       \*
Ohio Dept. of Rehab. & Corr.  \*   Chief Magistrate Deavers
   et al  \*
   Defendants-Appellants  \*

### NOTICE OF APPEAL

Now come plaintiff-Appellants Jeffrey D. Mann, John T. Bragg, and Eric Pastrano, pro se in the above entitled cause, and respectfully give notice of their intent to Appeal the judgements of this court, specifically Order by Judge George C. Smith on 7/24/19 (#52) and Judgement on 7/25/19 (#53) partial dismissal, and Order 9/25/19 (58) and Judgement 9/26/19 (#59) dismissing the case in its entirety, As well as plaintiff's Motion for Relief from Judgement. To the United States Court of Appeals for the Sixth CIrcuit.

Respectfully Submitted,

All Plaintiff-Appellants at:
Grafton Corr. Inst.
2500 S. Avon-Belden Rd.
Grafton, Ohio 44044

_Jeffrey D. Mann_
Jeffrey D. Mann, #A283-016
Plaintiff-Appellant, in pro se

_John T. Bragg_
John T. Bragg, #A215-337
Plaintiff-Appellant, in pro se

_Eric Pastrano_
Eric Pastrano, #A 655-761
Plaintiff-Appellant, in pro se

### CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was sent to Mindy A. Worley, Asst. Ohio Att. General, at 150 E. Gay Street, Columbus, Ohio 43215 via regular U.S. Mail on this 20 day of October, 2019.

_Jeffrey D. Mann_
Jeffrey D. Mann
Plaintiff-Appellant, in pro se

J. Mark [illegible]
2500 South Avon-Belden Rd.
Grafton, Ohio 44044

Joseph P. Kinneary U.S. Courthouse
85 Marconi Blvd.
Columbus, Ohio 43215

Clerk of Courts

neopost
10/21/2019
US POSTAGE
$00.00