# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JEFFREY MANN, et al. <br><br> *Plaintiffs*, <br><br> v. <br><br> OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, et al. <br><br> *Defendants.* | Case No. 18-cv-1565 <br><br> Judge Sargus Magistrate <br><br> Judge Deavers |

## NOTICE OF STIPULATED DISMISSAL OF ALL CLAIMS

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii), all Parties stipulate to the dismissal of all claims brought by Plaintiffs Jeffrey D. Mann, John T. Bragg, and Eric Pastrano, without costs and fees to any party, and with each party to bear its own litigation expenses, fees, and costs.

Dated: February 2, 2021

Respectfully submitted,

/s/ David J. Carey
David J. Carey (0088787)
ACLU of Ohio Foundation
1108 City Park Avenue, Ste. 203
Columbus, OH 43206
Phone: (614) 586-1972
Fax: (614) 586-1974
dcarey@acluohio.org

*Counsel for Plaintiffs*

DAVE YOST (0056290)
Ohio Attorney General

By: /s/ Mindy Worly (by consent)
Mindy Worly (0037395)
Principal Assistant Attorney General
Criminal Justice Section, Corrections Unit
150 East Gay Street, 16th Floor
Columbus, Ohio 43215
Phone: (614) 728-0161
Fax: (866) 474-4985
Mindy.Worly@OhioAttorneyGeneral.gov

Thomas Madden (0077069)
Senior Assistant Attorney General
Corrections Litigation Unit Coordinator
Criminal Justice Section
150 East Gay Street, 16th Floor
Columbus, Ohio 43215
Phone: (614) 644-7233
Fax: (866) 239-5489
Thomas.Madden@OhioAttorneyGeneral.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**


I hereby certify that on this February 2, 2021, I filed the foregoing electronically through

the Court's CM/ECF system. Parties may access this filing through the Court's system.

/s/ David J. Carey
David J. Carey